UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



James Murphy,

    Plaintiff,

—v—

Yonkers Brewing Company LLC,

    Defendant.

19-cv-7747 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    An Initial Pretrial Conference in this matter is scheduled for January 17, 2020. Dkt. No. 10. The parties were instructed to submit via ECF a proposed case management plan and joint letter no later than seven days before the conference. Dkt. No. 6. The Court has not yet received the required documents. The parties are therefore ordered to submit their case management plan and joint letter no later than 5:00 p.m. on January 15, 2020.

    SO ORDERED.

Dated: January 14, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1