UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAN 2 8 2020

James Murphy,

Plaintiff,

—v—

Yonkers Brewing Company LLC,

Defendant.

19-cv-7747 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Initial Pretrial Conference in this matter is hereby rescheduled to February 7, 2020 at 3:15 p.m.

SO ORDERED.

Dated: January 28, 2020
       New York, New York

ALISON J. NATHAN
United States District Judge