UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2020
```

James Murphy,

               Plaintiff,

    –v–

Yonkers Brewing Co. LLC,

               Defendant.

19-cv-7747 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On June 10, 2020, the Court adjourned the mediation and all other deadlines in this matter for about sixty days, until August 12, 2020. The parties have not submitted a status update since that time. Dkt. No. 24. The parties are directed to submit a joint status letter no later than September 25, 2020, indicating how they wish to proceed in this case and submitting a revised case management plan if applicable.

    SO ORDERED.

Dated: September 15, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge